**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

In Re:                                )
                                       )
Jeffrey G. Barnes and                  )          Case No. 14-49825-399
Katherine R. Barnes,                   )
                                       )          Chapter 7
            Debtors.                   )

## ORDER

At Saint Louis, Missouri, in this district, this 20th day of January, 2015.

IT IS ORDERED that this case was improvidently closed on January 14, 2015, due to administrative error.

IT IS HEREBY ORDERED that this case is reopened.

IT IS FURTHER ORDERED that the reopening fee of $260.00 is waived.

DATED:  January 20, 2015

St. Louis, Missouri

_____
Barry S. Schermer
United States Bankruptcy Judge


Copies mailed: All creditors and parties in interest