UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Jeffrey G. Barnes and | ) | Case No. 14-49825-399 |
| Katherine R. Barnes, | ) | |
| | ) | Chapter 7 |
| Debtors. | ) | |
| | ) | |
| | ) | |
| | ) | **O R D E R** and **N O T I C E** |

On December 30, 2014, this Court entered an Order dismissing this Chapter 7 case for Debtors' failure to file Exhibit C to the petition. The December 30, 2014 order of dismissal was improvidently entered due to administrative error. Upon consideration and review of record in this case, it is

**ORDERED** that this Court's Order of December 30, 2014, be and it hereby is **SET ASIDE** in its entirety. This case and the stays of 11 U.S.C. §362 are hereby reinstated. All motions pending when the case was dismissed are hereby reinstated, without calendar dates. Debtor(s) shall obtain a hearing date and time and reset all matters pending and provide notice to all appropriate parties. Failure to comply with the provisions of this Order within 14 days of the date of this Order may result in such motion(s) being granted upon application of movant without further notice.

**IT IS FURTHER ORDERED** that the Clerk of Court shall prepare, enter and send to all parties on the matrix an Order and Notice of Chapter 7 Bankruptcy Case, Meeting of

Creditors, & Deadlines for filing objections to the discharge and dischargeability.

DATED: January 20, 2015  
St. Louis, Missouri

/s/ Barry S. Schermer  
Barry S. Schermer  
United States Bankruptcy Judge

Copy mailed to:

All Creditors and Parties in Interest