Modiene KANE
3738 Gravois Ave.
St Louis, MO 63116
Bankruptcy Case # **14-49051-A659**

RECEIVED + FILED
2015 JAN 23 AM 11: 45
CLERK, US BANKRUPTCY COUR
EASTERN DISTRICT
ST LOUIS, MISSOURI

Saint-Louis, January 23th 2015

Attn. : Trustee E. Rebecca Case
Subject : Motion for reinstatement of bankruptcy

Your Honor,

I humbly ask for a reinstatement of my bankruptcy case # **14-49051-A659**, I missed the 01/20/2015 payment of $56 which caused it to be dismissed. I paid the delinquent installment and I will pay the two remaining installments when they come due.

Thank you for considering my request.

Yours respectfully.

Modiene KANE

Bankruptcy Case # 14-49051-A659